UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANICE CRUZ,

                Plaintiff,

    -against-                        25 CIVIL 0369 (LTS)

DEPARTMENT OF CORRECTIONS;        CIVIL JUDGMENT
RIKERS ISLAND; ROSE M. SINGER
CENTER,

                Defendants.

    For the reasons stated in the March 20, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 21, 2025
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                         Chief United States District Judge